**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CONSTRUCTION INDUSTRY | ) | |
| LABORERS PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV0496 HEA |
| | ) | |
| CORBETT CONCRETE, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 25, 2010, the Court entered a Partial Default Judgment [ECF No. 12] against Defendant Corbett Concrete, Inc., and in favor of Plaintiffs Construction Industry Laborers Pension Fund and Construction Industry Laborers Welfare Fund, and their respective Trustees, for failure to answer or plead pursuant to Rule 55(b) of the Federal Rules of civil Procedure. Further, the Partial Default Judgment ordered Defendant to provide an accounting of additional contributions owed to Plaintiffs.  Since that time, Defendant has failed to comply with the Court's Order. Plaintiffs have indicated that they believe Defendant is out of business, and will not offer the accounting to determine the contributions owed to Plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs Construction Industry Laborers Pension Fund and Construction Industry Laborers Welfare Fund, and their respective Trustees, shall provide the Court within fourteen (14) days of the date of this order the final judgment amount sought against Defendant Corbette Concrete, Inc.

**IT IS FURTHER ORDERED** that Plaintiffs' failure to comply with the Court's Order will result in the dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated this 16th day of February, 2012.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE